**Motion Granted in Part; Order filed June 12, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00310-CV
_____

### IN THE INTEREST OF A.H. and H.H., children

_____

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2011-00516J**

_____

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appellant's brief was due **June 11, 2012.** On June 11, 2012, appellant filed a motion for extension of time to file his brief.

Appellant's motion is granted in part. Time to file appellant's brief is extended to **June 22, 2012**. Unless appellant files a brief with the clerk of this court on or before June 22, 2012, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM